**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 04-1331**

─────────────

TESFAYE TEFERI,

Petitioner,

versus

JOHN ASHCROFT,

Respondent.

─────────────

On Petition for Review of an Order of the Board of Immigration
Appeals. (A76-898-259)

─────────────

Submitted: October 20, 2004          Decided: November 4, 2004

─────────────

Before TRAXLER, SHEDD, and DUNCAN, Circuit Judges.

─────────────

Petition denied by unpublished per curiam opinion.

─────────────

Oti W. Nwosu, Arthur D. Wright, III, Washington, D.C., for
Petitioner. Peter D. Keisler, Assistant Attorney General, Terri J.
Scadron, Assistant Director, Genevieve Holm, OFFICE OF IMMIGRATION
LITIGATION, Washington, D.C., for Respondent.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Tesfaye Teferi, a native and citizen of Ethiopia, petitions for review of an order of the Board of Immigration Appeals (Board). The order denied his motion to reconsider the Board's denial of his motion to reopen. We have reviewed the record and the Board's order and find that the Board did not abuse its discretion in denying Teferi's motion to reconsider. See 8 C.F.R. § 1003.2(a) (2004). Accordingly, we deny the petition for review on the reasoning of the Board. See In re: Teferi, No. A76-898-259 (BIA Feb. 17, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED